

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00219-CV

DONALD GILLETTE　　　　　　　　　　　　　　　　　APPELLANT

V.

JOHN SMITH AND EUNICE SMITH　　　　　　　　　　APPELLEES

------------

FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On September 18, 2013, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). Tex. R. App. P. 38.6(a). We further notified appellant that, in accordance with Tex. R. App. P. 42.3(b), (c), this appeal may be dismissed for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court on or before September 30, 2013, a response reasonably explaining the failure to

---

[1]*See* Tex. R. App. P. 47.4.

timely file a brief.  *See* Tex. R. App. P. 38.8(a)(1).  We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  October 17, 2013